No. 88–1291.   GREGORY ET AL. *v.* POPEYES FAMOUS FRIED CHICKEN & BISCUITS, INC.   C. A. 6th Cir.   Certiorari denied.

No. 88–1292.   BEEDING *v.* MILLER.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–1297.   GLICK ET AL. *v.* GEORGES ET AL.   C. A. 7th Cir. Certiorari denied.

No. 88–1303.   BROWN *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 88–1306.   KRIVANEK *v.* MAD RIVER VALLEY HEALTH CENTER, INC.   C. A. 2d Cir.   Certiorari denied.

No. 88–1343.   DARLINGTON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–1373.   AMERICAN BICYCLE CO., INC., ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 88–1391.   AVIS *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 88–1408.   LOVETT *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5994.   VAMOS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–6053.   MOSES *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 88–6098.   THOMAS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–6161.   CANTU *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–6363.   EVANS *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 88–6375.   TAFOYA *v.* NEW MEXICO.   Ct. App. N. M. Certiorari denied.